UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRACY STILLDAY,                                    Civil No. 07-4315 (JNE/JSM)
o/b/o Darnell L. Counce,

      Plaintiff,

v.                                                                    <u>ORDER</u>

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.


The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 8, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED: Plaintiff's Complaint [Docket No. 1] is **DISMISSED with Prejudice**.


Dated: September 2, 2008

                                      s/  Joan N. Ericksen
                                      JOAN N. ERICKSEN
                                      United States District Court Judge